IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN BARTHOLOMEW,**<br><br>Plaintiff,<br><br>v.<br><br>**S. MOSS, et al.,**<br><br>Defendants. | Case No. 2:17-cv-02551 KJM EFB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |

Good cause appearing, Defendants' motion to modify the Discovery and Scheduling Order (ECF No. 19) is GRANTED. The deadlines to conduct discovery and to file dispositive motions are extended by thirty-one days. The parties may conduct discovery until September 23, 2019. Any motions necessary to compel discovery shall be filed by that date. Dispositive motions shall be filed on or before December 23, 2019. All other deadlines remain in effect.

Dated: August 26, 2019.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE