IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN BARTHOLOMEW,**<br><br>    Plaintiff,<br><br>    v.<br><br>**S. MOSS, et al.,**<br><br>    Defendants. | Case No. 2:17-cv-2551-KJM-EFB P<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |

Good cause appearing, Defendants' motion to modify the Discovery and Scheduling Order (ECF Nos. 19 & 24) is GRANTED. The deadlines to conduct discovery and to file dispositive motions are extended by sixty days. The parties may conduct discovery until November 22, 2019. Any motions necessary to compel discovery shall be filed by that date. Dispositive motions shall be filed on or before December 23, 2019. All other deadlines remain in effect.

Dated: October 2, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE