UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BARTHOLOMEW,<br><br>            Plaintiff,<br><br>       v.<br><br>S. MOSS, *et al.*,<br><br>            Defendants. | Case No.  2:17-cv-02551-KJM-JDP (PC)<br><br>ORDER SETTING A SETTLEMENT CONFERENCE |

On December 17, 2020, this case was before the court for a telephonic status conference. ECF No. 52.  Pursuant to the discussions at the conference, this case is set for a settlement conference before Magistrate Judge Dennis M. Cota on March 24, 2021 at 9:30 a.m., via Zoom videoconferencing software.[1]  At least thirty days prior to the settlement conference, the parties shall provide Judge Cota's Courtroom Deputy, Christy Pine, the email contact information for all of the parties that will be appearing at the settlement conference.  The parties will be notified via email of the meeting information prior to the settlement conference.

At least seven days prior to the conference, the parties shall submit to the settlement judge a confidential settlement conference statement.  The parties' confidential settlement conference statements shall include the following: (a) names and locations of the parties; (b) a short

---

[1] At the time of this writing, the courthouse is closed to the public.  The time or location of this conference will be updated if circumstances dictate.

1 statement of the facts and alleged damages; (c) a short procedural history; (d) an analysis of the
2 risk of liability, including a discussion of the efforts made to investigate the allegations; and (e) a
3 discussion of the efforts that have been made to settle the case.  The parties shall e-mail their
4 settlement conference statement to Magistrate Judge Dennis M. Cota at
5 dmcorders@caed.uscourts.gov.

6       In accordance with the above, it is hereby ORDERED that:

7       1.  This case is set for a settlement conference before Magistrate Judge Dennis M. Cota on
8 March 24, 2021 at 9:30 a.m.

9       2.  At least thirty days prior to the settlement conference, the parties shall provide Judge
10 Cota's Courtroom Deputy the email contact information for all of the parties that will be
11 appearing at the settlement conference.

12       3.  At least seven days prior to the settlement conference, each party shall submit a
13 confidential settlement conference statement, as described above, to Magistrate Judge Dennis M.
14 Cota.

15       4.  If a settlement is reached prior to the settlement conference, the parties shall file a
16 Notice of Settlement in accordance with Local Rule 160.

17       5.  The parties remain obligated to keep the court informed of their current addresses at all
18 times during the stay and while the action is pending.  Any change of address must be reported
19 promptly to the court in a separate document captioned for this case and entitled "Notice of
20 Change of Address."  *See* E.D. Cal. L.R. 182(f).

21
22 IT IS SO ORDERED.

23
24 Dated:     January 12, 2021                              _____
                                                               JEREMY D. PETERSON
25                                                                UNITED STATES MAGISTRATE JUDGE
26
27
28